No. 699, Misc. DOUGLAS *v.* NEW YORK. Appellate Division of the Supreme Court of New York, Fourth Judicial Department. Certiorari denied.

No. 930. BURCH *v.* HIBERNIA BANK ET AL. District Court of Appeal of California, Second Appellate District. Certiorari denied. *Carl Hoppe* for petitioner. *Moses Lasky* for the Hibernia Bank, and *Pierce Works* for the Richfield Oil Corporation et al., respondents.

No. 596, Misc. HARLEY *v.* UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Alfred L. Scanlan* for petitioner. *Solicitor General Rankin, Assistant Attorney General Olney, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.

No. 321. THOMSON *v.* TEXAS & PACIFIC RAILWAY CO., *ante,* p. 926; and

No. 824. DAVIS ET AL. *v.* FOREMAN ET AL., *ante,* p. 930. Petitions for rehearing denied.

MAY 27, 1957.

No. 818. TEAMSTERS, CHAUFFEURS, HELPERS & TAXICAB DRIVERS, LOCAL UNION No. 327, ET AL. *v.* KERRIGAN IRON WORKS, INC., ET AL.

*Per Curiam:* The petition for writ of certiorari is granted and the judgment of the Court of Appeals of Tennessee is reversed. *Weber* v. *Anheuser-Busch, Inc.,* 348 U. S. 468; *General Drivers Union* v. *American Tobacco Co.,* 348 U. S. 978. *L. N. D. Wells, Jr., David*